# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

AUGUSTIN F. GRANADO, et al.,

    Plaintiffs,

v.                                                                                   Civ. No. 19-119 WJ/GJF

STATE OF NEW MEXICO, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER comes before the Court *sua sponte* in connection with Plaintiffs' Civil Rights Complaint [ECF 1]. Although the Complaint lists several Plaintiffs, Augustin Granado appears to be prosecuting this action. ECFs 2-8; 11-15. The docket reflects that three recent mailings to Granado were returned as undeliverable with a notation "Return to Sender, Cannot Forward" or "RTS Not Here." ECF 16-18. It appears Granado has been released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6. The Court will therefore require Granado to notify the Clerk of his new address or show cause why this action should not be dismissed. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure .... The same is true of simple, nonburdensome local rules….") (citations omitted). Failure to timely comply will result in dismissal of this action without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Granado shall notify the Clerk in writing of his current address or show cause why this action should not be dismissed.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE